UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**RODNEY L. BEARD**

                                                                                    **CIVIL ACTION**

**VERSUS**

                                                                                    **NO. 25-219-JWD-RLB**

**LIVINGSTON PARISH SHERIFF
DEPARTMENT, ET AL.**

<u>**OPINION**</u>

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated July 27, 2026 (Doc. 18), to which no objection was filed,

**IT IS ORDERED t**hat Defendants' Motion to Dismiss Pursuant to Rule 12(b)(6) filed by Livingston Parish's Deputy Kenneth Camallo, Jr. ("Deputy Camallo"), Sheriff Jason Ard ("Sheriff Ard"), and Detention Center Warden Lance Landry ("Warden Landry") ( Doc. 17) is **GRANTED.** Plaintiff's **CASE NO 25- 219-JWD-RLB** shall be **DISMISSED WITH PREJUDICE.**

Judgement shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on <u>August 11, 2026</u>.

_____
**JUDGE JOHN W. deGRAVELLES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**

1